# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. STEVEN D. YACHBES, Defendant. | PO-19-05177-GF-JTJ <br><br> VIOLATION: 6027237 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' unopposed motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation 6027237 (for a total of $75), and for good cause shown,

IT IS ORDERED that the $75 fine ($45 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6027237.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 12, 2019, is VACATED.

DATED this 4th day of September, 2019.

_____
John Johnston
United States Magistrate Judge